United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LINO ELIEZER SANCHEZ RAMIREZ, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:26-CV-061 |
| § | |
| MIGUEL VERGARA, *et al.*, § | |
| § | |
| Respondents. § | |

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Lino Eliezer Sanchez Ramirez voluntarily dismissed all claims asserted in this action without prejudice. (Notice of Dismissal, Doc. 5) The Stipulation dismisses Petitioner's causes of action without prejudice without court order.

Each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on February 13, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge